# EXHIBIT A

# MOBE CONFIDENTIALITY AGREEMENT

I, _____ recognize that My Online Business Education ("MOBE") is engaged in a highly competitive industry, and that it is important for MOBE to protect its trade secrets, Confidential Information and other proprietary information and related rights acquired through MOBE's expenditure of time, effort and money.

Therefore, because I wish to be employed by MOBE in a capacity in which I will receive and/or contribute to MOBE's Confidential Information, and in consideration of the remuneration I will receive from MOBE, I agree to be bound by the following terms and conditions which are so described below.  I acknowledge that MOBE would not have entered into this agreement and that I would not have been offered employment without my express understanding of an agreement with the confidentiality and non-solicitation provisions, which are contained in this agreement.

1. **Definition of Confidential Information**

   In this agreement, "Confidential Information" includes confidential and proprietary information and various trade secrets including scientific, engineering and technical know-how, processes, computer software and related documentation owned or marketed by MOBE or its clients, marketing strategies, customer requirements, customer lists, employees' compensation, methods of doing business, the financial affairs of MOBE and other confidential business information which belongs to MOBE or its clients.

2. **Non-Disclosure of Confidential Information**

   a. I agree to retain all Confidential Information in the strictest confidence.  I will not disclose any Confidential Information to any person other than for purposes of MOBE and I will not use for my own purposes or for purposes other than those of MOBE, any Confidential Information, which I have acquired in relation to the business of MOBE, its affiliates or the clients or either.  I acknowledge that the obligation to disclose to others or use the Confidential Information continues in effect following the termination of my employment with MOBE, for whatever reason, unless I obtain the prior written consent from Matt Lloyd.

   b. I agree that upon the request of MOBE, and in any event upon the termination of employment with MOBE, for whatever reason, I will immediately return to MOBE all of the materials, including all copies in whatever form, containing Confidential Information which are in my possession or under my control.

    c. I understand my obligations under this agreement, not to use or improperly disclose to others Confidential Information, shall remain in effect until the date upon which the Confidential Information has been publicly disclosed in a manner authorized by MOBE or its affiliates or otherwise has become known to competitors of MOBE, without my breaching this agreement.

    d. I understand my obligations under this agreement not to disclose to others any Confidential Information shall not apply to any Confidential Information I am required to disclose by any court or regulatory body or under applicable law provided that I shall give MOBE prompt notice of any demand made of me to disclose such Confidential Information.

3. **Inventions**

Any inventions, patents, or intellectual property developed by the employee for MOBE while employed by MOBE shall be owned by MOBE.

4. **Conflict of Interest**

The employee cannot use their purchasing power to contract or purchase services, products or equipment from a firm that is owned by or associated with the employee or a relative of the employee without prior consent Matt Lloyd. The employee cannot accept gifts, bribes, goods or services that fall outside of normal business practices and were received with the intent of influencing the purchase of goods or services from the supplier.

5. **Enforcement**

I acknowledge and agree that damages may not be an adequate remedy to compensate MOBE for any breach of my obligations contained in this agreement, and accordingly I agree that in addition to any and all other remedies available, MOBE shall be entitled to obtain relief by way of a temporary or permanent injunction to enforce the obligations contained in this agreement.

6. **General**

    a. This agreement shall be governed by the laws in force in the Country of Australia. If any provision of this agreement is wholly or partially unenforceable for any reason, such unenforceable provision or part thereof shall be deemed to be omitted from this agreement without in any way invalidating or impairing the other provisions of this agreement.

    b. This agreement constitutes the entire agreement between the parties with respect to the protection by MOBE of its proprietary rights and cancels and

    supersedes any prior understandings and agreements between the parties. There are no representations, warranties, forms, conditions, undertakings or collateral agreements, express, implied, or statutory between the parties other than as expressly set forth in this agreement.

c. The rights and obligations under this agreement shall survive the termination of my service to MOBE and shall inure to the benefit of and shall be binding upon (i) my heirs and personal representatives and (ii) the successors and assigns of MOBE.

I HAVE READ THIS AGREEMENT, UNDERSTAND IT, HAVE HAD THE OPPORTUNITY TO OBTAIN INDEPENDENT LEGAL ADVICE IN RESPECT OF IT, AND AGREE TO ITS TERMS.

I acknowledge having received a fully executed copy of this agreement.

_____
Employee (signature)


_____
Name of Employee (printed)                Date