# EXHIBIT B

## Non-Solicitation Policy

This Non-Solicitation Policy governs the relationship MOBE affiliates may have with each other with regard to other affiliate, multilevel, network marketing, or promoting outside products or services. The purpose of this policy is to protect both MOBE Affiliates and MOBE itself.

MOBE Affiliates are allowed to participate in other business ventures, including network marketing, affiliate programs, or multi-level marketing programs. However, there are conditions on how those business ventures are promoted. Solicitation includes any direct contact related to another business venture by any means, which include but are not limited to: social media, email, blog posts, personal contact, text messages, phone calls and via websites.

Network Marketing or Multilevel Businesses:
As a condition of being a MOBE Affiliate, all Affiliates agree that they will not directly recruit other MOBE Affiliates or Customers for any other network marketing business. MOBE Affiliates may promote to affiliates or customers they personally recruited into the MOBE opportunity.

Recruit means the actual or attempted solicitation, enrollment, encouragement, or attempt to influence in any other way an Affiliate or Customer to enroll or participate in another multilevel marketing, network marketing or direct sales opportunity. The term "recruit" also includes merely mentioning you're participating in another Network Marketing business to another Affiliate or Customer.

MOBE Affiliates are not restricted from selling the services and products of other companies. However, direct promotion of those products and services to MOBE affiliates or customers is limited to those personally sponsored by the Affiliate. Affiliate may not promote to any customers who are passed up to Affiliate.

Business Services & Personal Coaching or Training:
Affiliates are allowed to have businesses, including coaching, mentoring and training businesses outside of MOBE. However, Affiliates are not permitted to promote those services to any other Affiliates or Customers without prior written approval of MOBE. At the sole discretion of management, and only with prior written permission and a signed commission structure in place, MOBE may permit Affiliates to promote personal products or services in the MOBE Marketplace, through MOBE live events, or through webinars.

Promote means the actual or attempted solicitation, enrollment, encouragement, or attempt to influence in any other way an Affiliate or Customer to enroll in or purchase any product, service, coaching, mentoring or training not listed for sale in the MOBE Marketplace. It also includes merely mentioning your outside business to another Affiliate or Customer.

<u>Term:</u>
This provision shall be enforceable during the term of this Agreement and for twelve (12) months following termination, regardless if termination was voluntary or involuntary.

<u>Violation of Non-Solicitation Policy:</u>
If it is confirmed that an Affiliate has violated this Policy, the Affiliate will be suspended without compensation for thirty (30) days. If after that, the behavior continues, MOBE will terminate the Affiliate relationship. This is essentially a single warning with thirty (30) day suspension for the first violation and termination for the second violation. All suspensions and terminations are at management's sole discretion.

Upon receiving the warning and temporary thirty (30) day suspension notification, Affiliate must acknowledge receipt of the email and confirm that any violations have ceased within 72-hours. While account suspension is immediate, the thirty (30) day clock will not start until Affiliate has acknowledged receipt and confirmed cessation of the violation.

If Affiliate does not comply with the first warning or continues to otherwise violate the Non-Solicitation Policy, Affiliate's account will be closed permanently and the affiliate agreement will be terminated. At such time, the former Affiliate will no longer be permitted to promote the MOBE opportunity or sell MOBE products, and all future commissions will cease.