# EXHIBIT C



**COMPANY POLICY**

To:     All Staff
From:  Ross Weber, Atty - Div 7 Legal

# MOBE INDEPENDENT CONTRACTOR NON-SOLICITATION POLICY

VIDEO LINK:  https://www.youtube.com/watch?v=tZlHa1hJ2V0&feature=youtu.be

This Non-Solicitation Policy is being implemented in addition to the terms of the Company Handbook and Independent Contractor agreements, which remain in full force and effect.  The terms of those agreements, and specifically those terms with regard to Company Assets and Conflicts of Interests, are incorporated herein by reference.  To be clear, "you are disallowed from using any MOBE resource for the purpose of generating non-MOBE business. MOBE resources include: MOBE back-office software CRM Systems, MOBE customer lists, MOBE Corporate social media pages, or direct solicitation of attendees at any MOBE-sponsored events."  MOBE resources also include MOBE lead lists and referrals that have not yet purchased from MOBE. MOBE Independent Contractors, employees, and other staff members are also considered company resources and will be treated the same as an Affiliate or Customer of MOBE for the purposes of this policy.

This Policy will further explain the authorized and ethical use of company assets, including customer lists and relationships.  The purpose of this policy is to protect MOBE, its Affiliates, and you as an Independent Contractor.  If in doubt, ask your direct manager or go to a MOBE executive directly to get written permission in advance.  Violation of this policy will result in MOBE ceasing its relationship with you and withholding any commissions due or payable related to work done for MOBE and as an affiliate, as the case may be.

As a MOBE Independent Contractor ("Contractor"), you are allowed to participate in other business ventures, including direct sales, network marketing, affiliate programs, or multi-level marketing programs.  However, there are conditions on how those business ventures are promoted.  Solicitation includes any contact related to another business venture by any means, which include but are not limited to: social media, email, blog posts, personal contact, text messages, phone calls and via websites.

<u>Network Marketing or Multilevel Businesses:</u>
As a condition of being a MOBE Contractor, all Contractors agree that they will not directly or indirectly recruit any MOBE Affiliates or Customers for any non-MOBE business opportunity, coaching program, or product.  MOBE Contractors may promote to affiliates or customers they personally recruited into the MOBE opportunity.

Recruit means the actual or attempted solicitation, enrollment, encouragement, or attempt to influence in any other way an Affiliate or Customer to enroll or participate in any non-MOBE product or service, including coaching programs, training classes, another multilevel marketing, network marketing or direct sales opportunity. The term also  includes general solicitation on your social networking site where your

MOBE LTD ♛ B1-06-07 Soho Suites @ KLCC 20, Jalan Perak ♛ 50450 Kuala Lumpur, Wilayah Persekutuan
60-18-262-9834  ♛  www.mobe.com

Exhibit C, Page 49



"friends" or "contacts" include individuals not personally enrolled by you and who are MOBE Affiliates. It also includes merely mentioning your participating in any non-MOBE business when there may be MOBE Affiliates or Customers you did not introduce to the MOBE opportunity.

MOBE Contractors are not restricted from selling the services and products of other companies. However, direct or indirect promotion of those products and services to MOBE affiliates or customers is limited to those personally sponsored by the Contractor, and only in the case that the Contractor is also an Affiliate. Contractor may not promote to any customers who are passed up to them as an Affiliate or whom they come in contact with in their Contractor capacity with MOBE.  Contractor may not refer any MOBE Affiliates or Customers to any source outside of MOBE without the prior written permission from a MOBE executive.

Business Services & Personal Coaching or Training:
Contractors are allowed to have businesses, including coaching, mentoring and training businesses outside of MOBE.  However, Contractors are not permitted to promote those services to any MOBE Affiliates, Customers, or other independent contractors or MOBE staff members without prior written approval of a MOBE executive.  At the sole discretion of management, and only with prior written permission and a signed commission structure in place, MOBE may permit Contractors to promote non-MOBE products or services in the MOBE Market Place, through MOBE live events, or through MOBE webinars.

Promote means the actual or attempted solicitation, enrollment, encouragement, or attempt to influence in any other way a MOBE Affiliate or Customer to enroll in or purchase any product, service, coaching, mentoring or training not listed for sale in the MOBE Marketplace.  This includes general solicitation on your social networking site where your "friends" or "contacts" include individuals not personally enrolled by you and who are MOBE Affiliates. It also includes merely mentioning your outside business to MOBE Affiliates you did not refer to MOBE as an affiliate.  You may also not tell MOBE clients to join your list or opt-in to your updates, or to send outside affiliate links or get paid in any for recommending non-MOBE products, services or live events.

Term:
This provision shall be enforceable during the term of this Agreement and for twelve (12) months following termination, regardless if termination was voluntary or involuntary.

Violation of Non-Solicitation Policy:
If it is confirmed that a Contractor has violated this policy, the Independent Contractor relationship will be terminated immediately. At the same time, MOBE will warn Contractor regarding any affiliate relationship the Contractor may also have with MOBE and will freeze all commissions to determine the extent of damages caused by the Contractor's breach.

This is a one-strike rule.  No warnings will be given. All terminations are at management's sole discretion. If there is any doubt at all regarding an outside referral or sale get prior written permission from your manager or a company executive.

MOBE LTD ♛ B1-06-07 Soho Suites @ KLCC 20, Jalan Perak ♛ 50450 Kuala Lumpur, Wilayah Persekutuan
60-18-262-9834   ♛   www.mobe.com

Exhibit C, Page 50



**FAQ's**

<u>What if a client asks me about my own marketing?</u> Let them know as a representative of MOBE you are not allowed to send them to non-MOBE links. If there is a reason for you to share your own links to help with closing your sales, submit a request to your manager so you can have prior written approval.

<u>I am a traffic coach. Can I recommend outside traffic sources?</u> Yes, once a source has been added to the "safe-list" you may refer customers to them. In order add a source to the "safe list" you need to submit it to your manager. Once added to the "safe-list" management will know that MOBE is aware of the referral and can follow up to ensure no commissions are being paid. Keep in mind, you cannot recommend sources you receive a commission or kick-back on. If in doubt, talk with your manager.

<u>Is it worth taking the risk of referring a MOBE Affiliate or Customer outside of MOBE?</u> No. There will be plenty of opportunities for you do this given the position you are in, but the likelihood of MOBE finding out is extremely high. Clients are engaged by our affiliates, and many communicate with MOBE management regularly. Our clients also talk to other coaches, MOBE representatives, and meet management face-to-face at our live events. Furthermore, MOBE conducts surveys of all customers who have been through our sales programs. These surveys are conducted by email, in person, and over the phone. We also survey traffic-coaching customers and all customers who have attended live events. One of the questions asked on these surveys is whether they have been referred to any non-MOBE resource, and if so what the details are. When an infringement is reported, MOBE will research to determine what happened and if an infringement did occur. If MOBE management determines a violation of this policy occurred the Independent Contractor's contract will be immediately terminated as outlined above.

<u>Why do we have this policy in place and why do we take breach of this policy so seriously?</u> Each year, MOBE and its affiliates spend millions of dollars creating and maintaining relationships with subscribers and clients. MOBE and its affiliates are only compensated on sales that are for MOBE products, services, and live events. Anyone representing MOBE who engages with our clients, is entrusted by MOBE and our affiliates to do the right thing and only offer resources to clients where the right parties get compensated. When MOBE and its affiliates are not compensated for the clients they bring in, it is difficult to remain profitable, particularly considering what is spent on advertising.

As an example, pretend you are a MOBE affiliate and you spent $1,000 to acquire a client. If a MOBE sales staff member sold that customer his or her own $10,000 coaching program on the side (instead of say, the Titanium Mastermind), you would not get paid on it. As a result, instead of earning a $3,300 commission on Titanium and making a profit on your advertising costs, you would make nothing. If you later found out about the sales staff member selling his or her own product (which you very likely would), you would most likely never send traffic to MOBE ever again. This would be because you lost trust in MOBE because of the actions of a single sales representative. You would probably also want to let other affiliates and potential customers know what happened. This sort of activity could do serious permanent damage to the trust that exists between MOBE and it's affiliates. It is important for all sales staff representing MOBE to understand that the trust between MOBE and its affiliates is a sacred thing. Once broken, it can never be fully repaired. And, since more than 2/3 of all new business for MOBE come's from affiliate referrals, MOBE takes breach of this trust very seriously.

<u>How does this policy protect me as an Independent Contractor?</u> Whenever a customer purchases from MOBE the company is responsible to fulfill the product, training or services the customer purchased. If a customer claims they purchased a product from a Contractor and was treated unfairly, this policy protects

MOBE LTD ♛ B1-06-07 Soho Suites @ KLCC 20, Jalan Perak ♛ 50450 Kuala Lumpur, Wilayah Persekutuan
60-18-262-9834   ♛   www.mobe.com

Exhibit C, Page 51



the Contractor from a customer coming back later and making claims that are false.  With this policy in place, MOBE will simply be able to say that no our Contractors do not sell outside products or services to our customers.

## **ACKNOWLEDGE THIS POLICY BY CLICKING HERE**

Ross Weber
Legal, Div 7

**Approved By**
Matt Lloyd
CEO, MOBE, Ltd.

MOBE LTD ♛ B1-06-07 Soho Suites @ KLCC 20, Jalan Perak ♛ 50450 Kuala Lumpur, Wilayah Persekutuan
60-18-262-9834 ♛ www.mobe.com

Exhibit C, Page 52