Tyson K. Hottinger (CA State Bar No. 253221; E-Mail: thottinger@mabr.com)
C.J. Veverka (admitted *pro hac vice*; E-Mail: cveverka@mabr.com)
R. Parrish Freeman (admitted *pro hac vice*; E-Mail: pfreeman@mabr.com)
Quincy J. Chuck (CA State Bar No. 307857; E-Mail: qchuck@mabr.com)
MASCHOFF BRENNAN LAYCOCK
    GILMORE ISRAELSEN & WRIGHT PLLC
20 Pacifica, Suite 1130
Irvine, California 92618
Telephone: (949) 202-1900
Facsimile: (949) 453-1104

Attorneys for Plaintiff and Counterdefendant MOBE Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MOBE, LTD., a Malaysian company,<br><br>Plaintiff,<br><br>v.<br><br>Digital Altitude LLC, a Delaware limited liability company;<br>Michael Force, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 2:16-cv-05708-PA (KSx)<br><br>**ORDER OF DISMISSAL**<br><br><br>HON. PERCY ANDERSON<br>UNITED STATES DISTRICT JUDGE<br>FIRST STREET, COURTROOM 9A |

The Court, having considered the "Joint Stipulation of Dismissal" and taking notice that plaintiff MOBE, Ltd. and defendants Digital Altitude LLC and Michael Force (collectively, "the Parties") have settled this matter and have agreed to comply with the terms of the binding and enforceable settlement agreement entered on the record at the Settlement Conference before the Honorable Magistrate Judge Jay C. Gandhi on September 29, 2017 (the "Settlement Agreement").

Pursuant to Federal Rules of Civil Procedure Rule 41 THE COURT HEREBY ORDERS AS FOLLOWS:

1. All claims and counterclaims in this case are dismissed, with prejudice, in accordance with the terms of the Settlement Agreement; and
2. Each of the parties shall bear its own attorneys' fees, costs, and expenses.

IT IS SO ORDERED.

Dated: October 13, 2017

_____
Honorable Percy Anderson
United States District Judge